Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
eservice@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SALVATORE GERACI,

          Plaintiff,

vs.

ESSENTIA INSURANCE COMPANY,

          Defendant.

Case No:  2:25-cv-01727-GMN-BNW

STIPULATION AND ORDER FOR RULE 35 EXAMINATION OF PLAINTIFF

IT IS HEREBY STIPULATED by and between, Plaintiff SALVATORE GERACI, by and through the attorney, Justin L. Dewey, Esq., of the Tingey Injury Law Firm, and Defendant ESSENTIA INSURANCE COMPANY, by and through the attorney Justin J. Bustos, Esq., of Dickinson Wright, LLP, that Plaintiff will submit to a Rule 35 Examination at the request of Defendant by:

| | |
|---|---|
| Examiner: | Dr. Hugh Bassewitz, M.D. |
| Location: | 8689 W. Charleston Blvd. Ste. 105 Las Vegas, NV 89117 |
| Date and Time: | March 12, 2026 Arrival: 8:30am Exam: 9:00am |

The Rule 35 Examination shall proceed under the following parameters:

1.     All intake or similar forms and documents to be completed by Plaintiff for the examination will be provided to Plaintiff's attorney at least 7 days prior to the date of examination and Plaintiff will bring the completed documents to the examination.  Plaintiff will not be required to complete any additional intake forms or documents at the examination.

1

2.    If either side cancels or re-schedules the examination less than 14 calendar days prior to the appointment, that party will be financially responsible for the full cost of the examination.

3.    One observer is allowed to attend the IME with the patient.

4.    The Plaintiff will arrive at the facility at 8:30 a.m.. The examination will begin promptly at 9:00 a.m..

5.    Absent extraordinary or unforeseen circumstances, Plaintiff shall not be required to wait in the waiting room for more than 30 minutes before commencement of the examination. If the examination does not commence within 30 minutes after the scheduled time, counsel must make a good faith effort to resolve the timing issue. If the timing issue is unable to be resolved then the examination will be deemed canceled and Plaintiff is authorized to leave the examination with good cause.[1]

6.    The examination shall be concluded no later than 90 minutes, assuming Plaintiff arrives on time. The timeframe commences upon check-in at the examiner's office and conclude upon exit from the premises. If it is anticipated that the examination will last longer than 90 minutes, the request for a longer examination will be relayed to Plaintiff and his attorney justifying the additional time at least 48 hours in advance of the examination. The parties will act in good faith to determine whether additional time is warranted.

7.    The examiner is entitled to ask fact questions regarding injury, including, but not limited to, how the injury occurred, treatment, recovery and ongoing injuries, but the examiner shall not ask Plaintiff any questions regarding liability.

8.    The examiner shall not conduct any invasive examination, nor any x-rays, radiographs, MRIs, CT scans, PET scans or other medical imaging of Plaintiff during the examination.

9.    If any testing during the examination results in physical pain to Plaintiff the examiner will immediately stop any such test.

10.    The examiner's report must be provided to Plaintiff's attorney within 30 days of the examination date, without further request of Plaintiff.

---

[1] The examination must begin before the expiration of the fifteen minute grace period. Simply being placed in an examination room does not qualify as the commencement of the examination.

11.    Defendant shall provide a copy of this stipulation to the examiner and Defendant shall be responsible for any failure of the examiner to comply with this stipulation.

12.    Should the examiner fail to comply with these agreed parameters, the examiner shall be disqualified as an expert.

13.    Either party may make an audio recording of the examination on a handheld device. Should either party elect to record the examination, the Examiner's office must be notified at least 5 days in advance of the examination. Electronic recordings must be exchanged by both parties within 7 days of the completion of the examination.

14. In the event the pending Plaintiff's counsel's Motion to Withdraw is granted prior to the examination, the examination will not be delayed or cancelled.


IT IS FURTHER STIPULATED that an order giving effect to this stipulation may be entered and this stipulation and order may be filed with the court.

Dated this 6th day of March 2026.                     Dated this 6th day of March 2026.

TINGEY INJURY LAW FIRM                          DICKINSON WRIGHT, PLLC


_____                         _/s/ Alexis M. Taitel_____
Justin L. Dewey, Esq.                           Justin J. Bustos, Esq.
817 S. Main Street                              Alexis M. Taitel, Esq.
Las Vegas, Nevada 89101                         3883 Howard Hughes Pkwy. Ste. 800
*Attorney for Plaintiff*                        Las Vegas, NV 89169
                                                *Attorney for Defendant*

Case No:  2:25-cv-01727-GMN-BNW

ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING; THEREFORE,

IT IS SO ORDERED.

_____
UNITED STATE MAGISTRATE JUDGE
DATED: March 9, 2026

Submitted by:

TINGEY INJURY LAW FIRM

_____
Justin L. Dewey, Esq.
Nevada Bar No. 14508
817 S. Main Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

4

**AT**  **Alexis M. Taitel**
RE: Geraci v. Haggerty

To: Justin Dewey,   Cc: Justin J. Bustos,   Cree Cable,   Laura P. Browning

Inbox - Tingey Law Firm   3:21 PM

Details

Justin,

Thanks for sending that over—we're almost there. First, please note that the correct address for the IME is: 8689 W Charleston Blvd Suite 105, Las Vegas, NV 89117. The address on the SAO is incorrect. Second, because of Dr. Bassewitz's cancellation policy, we cannot agree to Paragraph No. 2 of the SAO. Please change it to say: "If either side cancels or reschedules the examination less than 14 calendar days prior to the appointment, that party will be financially responsible for the full cost of the examination."

With those two changes, you may affix my electronic signature and file. Thank you.



**Alexis M. Taitel**
Associate Attorney
O:702-550-4465
ATaitel@dickinsonwright.com

100 West Liberty Street, Suite 940, Reno, NV 89501