SAO
Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
eservice@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SALVATORE GERACI,

        Plaintiff,

vs.

ESSENTIA INSURANCE COMPANY,

        Defendant.

Case No:  2:25-cv-01727-GMN-BNW

STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SALVATORE GERACI, by and through the attorney, Justin L. Dewey, Esq. of the Tingey Injury Law Firm, and Defendant ESSENTIA INSURANCE COMPANY, that the claims asserted by Plaintiff SALVATORE GERACI against Defendant ESSENTIA INSURANCE COMPANY be dismissed, in their entirety; each party to bear their own attorneys' fees and costs.

Dated this 9th day of March 2026.

Tingey Injury Law Firm

_____
Justin L. Dewey, Esq.
817 S. Main Street
Las Vegas, NV 89101
Attorney for Plaintiff

Dickinson Wright

*/s/ Justin J. Bustos*
_____
Justin J. Bustos, Esq.
Alexis M. Taitel, Esq.
100 W. Liberty Street, Suite 940
Reno, NV 89501
Attorney for Defendant

1

Case No:  2:25-cv-01727-GMN-BNW

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that all pending motions, (ECF Nos. 15, 16) are DENIED as moot.

The Clerk's office is kindly directed to close this case.

Dated this __9__ day of March, 2026.

_____

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2



Cree Cable <cree@tingeylawfirm.com>

---

## Geraci v. Essentia

---

**Justin J. Bustos** <JBustos@dickinson-wright.com>      Mon, Mar 9, 2026 at 4:29 PM
To: Justin Dewey <justin@tingeylawfirm.com>, "Alexis M. Taitel" <ATaitel@dickinson-wright.com>
Cc: Cree Jacobs <cree@tingeylawfirm.com>

Justin,

You may file with my e-signature.

Thanks,

Justin



**Justin J. Bustos**
Member
O:775-343-7503
JBustos@dickinsonwright.com

DICKINSON WRIGHT PLLC

100 West Liberty Street, Suite 940, Reno, NV 89501

[Quoted text hidden]
[Quoted te t hidden]

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.